EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8933
    Facsimile: (415) 744-0134
    Email: paul.sachelari@ssa.gov
Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| LUCINDA KENNEDY | No. 5:16-cv-01796-DFM |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: 3/8/2017

HON. DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE